# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  LASANDRA F. TOWNSEND           §        Case No. 14-82363
                                       §
                                       §
            Debtor(s)                  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/31/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 01/23/2015.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $59,803.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 2,049.22 | |
| Less amount refunded to debtor(s) | $ 170.77 | |
| **NET RECEIPTS** | | $ 1,878.45 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 49.54 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 108.91 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 158.45 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 49.54 | 0.00 |
| CARLYLE AUTO SALES | Sec | 5,000.00 | 5,791.00 | 5,000.00 | 1,720.00 | 0.00 |
| CARLYLE AUTO SALES | Uns | 0.00 | 0.00 | 791.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,321.14 | 254.34 | 254.34 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 3,930.22 | 3,930.22 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 2,075.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 163.54 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 290.94 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,577.34 | 5,845.97 | 5,845.97 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 30,142.72 | 30,142.72 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 12,247.81 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,253.54 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 1,397.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ACME CREDIT SERVICE | Uns | 315.00 | 314.70 | 314.70 | 0.00 | 0.00 |
| AFNI | Uns | 1,231.57 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Uns | 2,261.47 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE LLC | Uns | 1,601.04 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE | Uns | 356.60 | NA | NA | 0.00 | 0.00 |
| ASHRO LIFESTYLE | Uns | 356.71 | 356.71 | 356.71 | 0.00 | 0.00 |
| ASPEN CREDIT CARD | Uns | 1,433.80 | NA | NA | 0.00 | 0.00 |
| ATTORNEY ALBERT A ALTAMORE | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 7,472.78 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 49.22 | NA | NA | 0.00 | 0.00 |
| CHARISMA | Uns | 19.97 | NA | NA | 0.00 | 0.00 |
| CHASE 8 AUTO SALES | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CITI FINANCIAL | Uns | 673.74 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 177.02 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,927.94 | 4,156.05 | 4,156.05 | 0.00 | 0.00 |
| CONTINENTIAL FINANCE | Uns | 687.39 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 2,266.14 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 1,973.54 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY | Uns | 1,539.68 | 6,272.93 | 6,272.93 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 167.50 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 1,353.95 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| CU RECOVERY | Uns | 2,351.11 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 638.00 | NA | NA | 0.00 | 0.00 |
| DAVID P JOHNSON | Uns | 96.26 | NA | NA | 0.00 | 0.00 |
| DIRECTV INC | Uns | 1,189.23 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANT INC | Uns | 892.77 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Uns | 375.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 3,304.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 458.88 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Uns | 707.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 1,571.38 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 1,010.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Uns | 404.00 | NA | NA | 0.00 | 0.00 |
| GOOD HOUSEKEEPING | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 428.16 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 2,728.00 | 589.00 | 589.00 | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HOLLOWAY CREDIT SERVICES | Uns | 729.00 | 729.20 | 729.20 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| JUDSON UNIVERSITY | Uns | 287.45 | NA | NA | 0.00 | 0.00 |
| MAHD SERVICE CORP | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| MARK LEROY LUNDINE MD | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,219.15 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 1,311.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 26,971.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 672.66 | 680.27 | 680.27 | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Uns | 561.44 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP | Uns | 693.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Uns | 556.60 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP INC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PPGC PREMIER COMPANY | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD / CHARTER | Uns | 537.81 | NA | NA | 0.00 | 0.00 |
| RASMUSSEN COLLEGE | Uns | 1,515.00 | NA | NA | 0.00 | 0.00 |
| RDK COLLECTION SERVICES | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 2,041.02 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 689.36 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 11,723.00 | 8,078.41 | 8,078.41 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 112.49 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 28,865.00 | 29,142.05 | 29,142.05 | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 346.95 | 364.95 | 364.95 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Uns | 506.12 | NA | NA | 0.00 | 0.00 |
| SPIRITLED WOMEN | Uns | 15.95 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,319.90 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 1,164.30 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 772.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MANAGEMENT | Uns | 280.93 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SURGICAL ASSOC OF NO IL | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| SWISS COLONY | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| TASTE OF HOME | Uns | 12.98 | NA | NA | 0.00 | 0.00 |
| THE CBE GROUP | Uns | 3,883.23 | NA | NA | 0.00 | 0.00 |
| TIME LIFE | Uns | 14.95 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 482.27 | 1,074.88 | 1,074.88 | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 3,202.00 | 3,202.46 | 3,202.46 | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Uns | 546.40 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 517.40 | NA | NA | 0.00 | 0.00 |
| UW HEALTH PHYSICIANS | Uns | 427.12 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 932.41 | 932.41 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,000.00 | $ 1,720.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 5,000.00 | $ 1,720.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 6,100.31 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 6,100.31 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 91,257.96 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 158.45 |
| Disbursements to Creditors | $ 1,720.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,878.45 |

UST Form 101-13-FR-S (9/1/2009)

      12)   The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/22/2015            By:  /s/ Lydia S. Meyer
                                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)